**SPECTRUM SCIENCES & SOFTWARE, INC., Appellant,**

v.

**Lawrence J. DELANEY, Acting Secretary of the Air Force, Appellee.**

**No. 00–1259.**

United States Court of Appeals, Federal Circuit.

April 3, 2001.

Before MICHEL, LOURIE, and RADER, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Jessie WHATLEY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 99–7171.**

United States Court of Appeals, Federal Circuit.

April 4, 2001.

ON MOTION

*ORDER*

Upon consideration of Jessie Whatley's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.